# Order

Michigan Supreme Court
Lansing, Michigan

December 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147750

VERGINO L. SMITH,

      Plaintiff-Appellant,

v

CHIPPEWA CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

SC: 147750
CoA: 316685

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 9, 2013, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2013



Clerk

jam